HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICENTE DE JESUS VASQUEZ-ACEVEDO,<br><br>        Petitioner,<br><br>    v.<br><br>JEH JOHNSON,[1] in his capacity as Secretary of Homeland Security, et al.,<br><br>        Respondents. | CASE NO. C13-1943RAJ<br><br>ORDER |

      This matter comes before the court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge.  No party objected to the R&R.  The court notes, moreover, that no party has updated the court regarding the bond hearing for Petitioner that was scheduled for January 28, 2014.

      The court ADOPTS the R&R (Dkt. # 13), GRANTS Respondents' motion to dismiss, and DISMISSES this action without prejudice.  The clerk shall enter judgment for Respondents.

      DATED this 11th day of February, 2014.

                                                *[signature]*
                                        The Honorable Richard A. Jones
                                        United States District Court Judge

---

[1] The court substitutes Secretary Johnson for his predecessor, in accordance with Federal Rule of Civil Procedure 25(d).

ORDER – 1