HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICENTE DE JESUS VASQUEZ-ACEVEDO,

    Petitioner,

    v.

JEH JOHNSON,[1] in his capacity as Secretary of Homeland Security, et al.,

    Respondents.

CASE NO. C13-1943RAJ

ORDER

This matter comes before the court on Petitioner's motion to reopen this case. No one responded to the motion. The motion, which consists of two paragraphs, suggests that the Petitioner received a bond hearing, as indicated in the Report and Recommendation ("R&R") that led the court to dismiss this action. Petitioner is apparently not satisfied with the outcome of his bond hearing, although the motion includes no evidence regarding what actually happened at the bond hearing. Indeed, it is not clear whether Petitioner is still in custody.

Petitioner's petition for a writ of habeas corpus contended that he was being illegally detained without a bond hearing. He has now received that hearing, or at least there is no evidence to the contrary. If Petitioner wishes to commence a *new* petition for a writ of habeas corpus challenging his continued confinement on the basis that the

---

[1] The court substitutes Secretary Johnson for his predecessor, in accordance with Federal Rule of Civil Procedure 25(d).

ORDER – 1

immigration judge denied bond or set bond too high, he may do so, assuming that the facts and law warrant it.  If Petitioner is no longer in custody, and merely wishes to challenge his previous confinement, a writ of habeas corpus is no longer available to him.  In any event, Petitioner has not shown cause to reopen this case.

The court therefore DENIES Petitioner's motion to reopen.  Dkt. # 16.

DATED this 17th day of March, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2